```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
      :
ANDREW TORO, on behalf of himself and all others   :
similarly situated,       :
      :   1:23-cv-840-GHW
            Plaintiffs,   :
      :   ORDER
         -against-   :
      :
QUAKE LED, LLC,   :
      :
            Defendant.   :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than May 29, 2023. Dkt. No. 5. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than June 2, 2023.

      SO ORDERED.

Dated: May 31, 2023

                                                                   GREGORY H. WOODS
                                                     United States District Judge