```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                                                         :

ANDREW TORO, on behalf of himself and all others  :
similarly situated,
                                                                                                    :     1:23-cv-840-GHW
                                                                           Plaintiff,          :
                                                                                                :       ORDER
                        -against-                                     :

QUAKE LED, LLC,                                                     :

                                                          Defendant.   :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

     For the reasons discussed during the initial pre-trial conference on June 5, 2023, the default limitation on the duration of Plaintiff's deposition to one day has been modified by the Court. Defendant may take Plaintiff's deposition over the course of more than one day.

     SO ORDERED.

Dated: June 6, 2023
New York, New York

                                                                     GREGORY H. WOODS
                                                          United States District Judge